

# Fourth Court of Appeals
## San Antonio, Texas

October 21, 2013

No. 04-12-00833-CR

Ramy A. SISY,
Appellant
v.
The STATE of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CR3763
Honorable Juanita A. Vasquez-Gardner, Judge Presiding

## ORDER

The State's brief was originally due to be filed with this court on September 11, 2013. This court granted the State's first motion for an extension of time to file the brief until October 11, 2013. On October 17, 2013, the State filed its second motion for an extension of time to file its brief until November 14, 2013, for a total extension of sixty-four days.

The State's motion is GRANTED. The State's brief must be filed with this court not later than November 14, 2013. **NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF WILL BE GRANTED.**

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of October, 2013.

_____
Keith E. Hottle
Clerk of Court